___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

NOV 13 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

06-CV-00265-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KENNY H. CHO, ) | |
|     Petitioner, ) | CASE NO. C06-265-MJP |
| v. ) | |
| SANDRA CARTER, ) | ORDER DENYING<br>§ 2254 PETITION |
|     Respondent. ) | |

The Court, having reviewed the Petition for Habeas Corpus, Respondent's Answer, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's Petition for Writ of Habeas Corpus (Dkt. #6) is DENIED; and this matter is DISMISSED with prejudice;

(3)    The Clerk is directed to send copies of this Order to counsel for each party and to the Honorable Monica J. Benton.

DATED this _13_ day of _November_, 2006.

MARSHA J. PECHMAN
United States District Court Judge

ORDER DENYING
§ 2254 PETITION